## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

ALANA HOLIDAY, individually and on behalf of all others similarly situated,

      *Plaintiff*,

vs.

BAKER NISSAN NORTH, INC.,

      *Defendant*.

_____/

**Case No. 4:25-cv-03686**

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff, Alana Holiday, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: February 17, 2026

      Respectfully Submitted,

      **Shamis & Gentile, P.A.**
      <u>*/s/ Andrew J. Shamis*</u>
      Andrew J. Shamis, Esq.
      Texas Bar No. 24124558
      ashamis@shamisgentile.com
      14 NE 1st Avenue, Suite 705
      Miami, FL 33132
      Telephone: 305-479-2299

      *Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on February 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                        **SHAMIS & GENTILE, P.A.**

               By:    <u>*/s/ Andrew J. Shamis*</u>
                     Andrew J. Shamis, Esq.
                     Texas Bar No. 24124558

                     *Counsel for Plaintiff*